■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. GATEWOOD, Appellant. [928 NYS2d 485]—

Memorandum: Defendant appeals from an order denying his application for resentencing pursuant to CPL 440.46, the 2009 Drug Law Reform Act (DLRA-3). Although defendant is eligible to apply for resentencing under DLRA-3 despite the fact that he had been released from incarceration and was thereafter reincarcerated for violating the conditions of his parole (*see People v Paulin*, 17 NY3d 238 [2011]; *People v Wallace*, 87 AD3d 824 [2011]), we nevertheless conclude that County Court did not abuse its discretion in determining that substantial justice required denial of his application (*see People v Pipkin*, 77 AD3d 770 [2010], *lv denied* 15 NY3d 955 [2010]). We reject defendant's further contention that the court erred in receiving the limited testimony of the District Attorney regarding his personal knowledge of defendant's criminal history (*see generally* CPL 440.46 [3]; L 2004, ch 738, § 23). Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.